UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>S. FINK, et. al.,<br><br>　　　　Respondents. | No. 2:17-cv-01831-GGH<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, ECF No. 1. Petitioner is currently confined in the California Correctional Institution located in Tehachapi, California which is within the Eastern District of California, his conviction emanated from a judgment entered in the Superior Court for Kern County. Id. at 4. It is unclear whether petitioner is seeking habeas corpus relief or desires to file a civil action. Insofar as petitioner is housed within the cognizance of the Fresno division of this court where the incident underlying his habeas petition occurred, and appears to have suffered some type of conviction in Kern County, also within the cognizance of the Fresno Division, the proper venue for the case is in the Fresno division of the Eastern District of California.[1]

////

---

[1] The court notes petitioner neither requested permission to proceed in forma pauperis nor did he pay the filing fee required to proceed.

1

Accordingly, IT IS HEREBY ORDERED that:

The Clerk of the Court shall transfer this case to the Fresno Division of this court and close this file;

Dated: May 26, 2018

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE